# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

137658

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 137658
COA: 286842
Wayne CC: 00-011514

LACY CHISOLM,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the October 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The application is also subject to dismissal because the defendant's application for leave to appeal was not filed with the Court of Appeals within twelve months of the March 5, 2007 order of the circuit court as required by MCR 7.205(F)(3).

　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

s0615